CONRAD S. KEE USB# 14916
M. CHRISTOPHER MOON USB# 14880
JACKSON LEWIS PLLC
215 S. State Street, Suite 760
Salt Lake City, UT 84111
(801) 736-3199 - Telephone
keec@jacksonlewis.com
chris.moon@jacksonlewis.com
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MONICA BRUNA, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEALTHSOUTH CORP., a Delaware corporation, through its acquisition ENCOMPASS HOSPICE OF THE WEST, LLC, a Texas limited liability corporation, dba ENCOMPASS HOSPICE OF UTAH,<br><br>　　　　　Defendant. | Civ. No.: 2:16-cv-00159-RJS-EJF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge Robert J. Shelby |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel who are authorized by their respective clients to execute this stipulation, that the above-captioned action be dismissed, in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any party.

Dated this 22nd day of June, 2017.

| | |
|---|---|
| FILLMORE SPENCER, LLC | JACKSON LEWIS PLLC |
| By: s/ Jared B. Stubbs<br>    Jared B. Stubbs | By: s/ Conrad S. Kee<br>    Conrad S. Kee |
| *Attorney for Plaintiff* | *Attorney for Defendant* |